Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF ALASKA**

RECEIVED
FEB 20 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V                                       Case No. A03-0109-04CR (RRB)

Robert Gould

On April 06, 2006, the above-named was placed on supervised release for a period of three years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Robert Gould be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE    2/14/08
Mary Frances Barnes                   Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this  19  day of  February , 20 08 .

REDACTED SIGNATURE
Ralph R. Beistline
U.S. District Court Judge

UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

| | |
|---|---|
| DATE: | February 14, 2008 |
| REPLY TO ATTN OF: | Mary Frances Barnes *MBarnes*<br>U.S. Probation/Pretrial Services Officer |
| SUBJECT: | **Robert Gould**<br>**A03-0109-04CR RRB**<br>**Early termination** |
| TO: | The Honorable Ralph R. Beistline<br>U.S. District Court Judge |
| CC: | |

Robert Gould was convicted on February 5, 2004, of Distribution or Possession with Intent to Distribute a Controlled Substance. Gould was sentenced to 33 months imprisonment and three years supervised release. On April 6, 2006, Gould was released from the custody of the Bureau of Prisons and began his term of supervised release in Dutch Harbor.

Gould has maintained stable residence and employment. Gould has submitted to regular drug testing of which all tests have returned negative for the presence of illegal drugs. Gould has maintained contact with the probation and cooperative in all aspects of his supervision. It is therefore, respectfully recommended that Gould be terminated early from supervised release.